**FILED**

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JUN 0 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
MICHAEL T. WISE

ORDER

Michael T. Wise has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Wise passed the MPRE in 1992 when seeking admission to the practice of law in Oregon, and in 1993 when seeking admission to the practice of law in Washington, and was admitted to the bars of both States. Wise has "practiced law continuously as a civil litigation and corporate lawyer for over 25 years, without any ethical or disciplinary action in any jurisdiction where licensed or admitted to practice law." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Michael T. Wise to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 2nd day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices